# EXHIBIT A

CE Karma Learn From Leading Dental Experts
Convenient Locations Near You
From: CE Karma
Phone: 888-895-6620
Fax: 866-338-5469
Total pages including cover: 1

* DR. DAVID HORNBROOK | Friday | September 29, 2017 | Costa Mesa, CA
"Hot Topics in Aesthetic and Restorative Dentistry."

- Learn how the use of lasers can enhance the aesthetic result.
- Learn how to review and evaluate the diagnostic wax-up.
- Understand how to design the "functional smile."

* DR. ALDO LEOPARDI | Saturday | September 30, 2017 | Costa Mesa, CA
"Implant Therapy for the Completely Edentulous Patient"

- Treatment planning and prosthetic design: stress broken versus rigid design concepts.
- Bar overdentures.
- Solitary anchor system overdentures: Zest Locator and Ball-Abutment systems.
- Fixed restoration of the edentulous patient: all-on-four vs. five, six or eight.

## REGISTER TODAY | 888.895.6620
* **Introductory Price - $57.00 per course 7 CE CREDITS**
8:00 AM - Registrations | 8:30 AM - 5:00 PM - Course | Lunch Provided
**CEKARMA.COM**
More Information | Register Online | View Course Videos and Testimonials

Special Guest Speaker | MR. STEVE DOWN
"Financial Management Principles to Create Long-term Wealth & Legacy"

CE Karma is the fastest growing provider of quality dental continuing education. We bring leading educators teaching on relevant topics to convenient locations at an unmatched price. For every doctor who attends, CE Karma provides free oral health care to patients in need through non-profit partners, America's Dentists Care Foundation and Missions of Mercy.

PHONE: FAX: WEB: UNSUBSCRIBE:
888-895-6620  866-338-5469    cekarma.com  888 895 6620

OPT OUT NOTICE: YOU MAY MAKE A REQUEST TO CE KARMA NOT TO SEND ANY FUTURE ADVERTISEMENTS OR MATERIALS TO YOUR TELEPHONE FACSIMILE MACHINE(S). CE KARMA'S FAILURE TO COMPLY, WITHIN 30 DAYS, WITH A VALID REQUEST IS UNLAWFUL. CONTACT CE KARMA BY TELEPHONE AT 888-895-6620 OR BY FACSIMILE AT 866-338-5469 TO MAKE SUCH A REQUEST. TO BE VALID, YOUR REQUEST MUST IDENTIFY THE TELEPHONE NUMBER(S) TO WHICH YOUR REQUEST RELATES, BE MADE TO THE TELEPHONE OR FACSIMILE NUMBERS IDENTIFIED HEREIN, AND THE REQUESTING PERSON MUST NOT SUBSEQUENTLY PROVIDE EXPRESS INVITATION OR PERMISSION TO CE KARMA, IN WRITING OR OTHERWISE, TO SEND SUCH ADVERTISEMENTS TO YOU AT SUCH TELEPHONE FACSIMILE MACHINE(S).

CE Karma Learn From Leading Dental Experts
Convenient Locations Near You
From: CE Karma
Phone: 888-895-6620
Fax: 866-338-5469
Total pages including cover: 1

\* DR. DAVID HORNBROOK | Friday | September 29, 2017 | Costa Mesa, CA
"Hot Topics in Aesthetic and Restorative Dentistry."

- Learn how the use of lasers can enhance the aesthetic result.
- Learn how to review and evaluate the diagnostic wax-up.
- Understand how to design the "functional smile."

\* DR. ALDO LEOPARDI | Saturday | September 30, 2017 | Costa Mesa, CA
"Implant Therapy for the Completely Edentulous Patient"

- Treatment planning and prosthetic design: stress broken versus rigid design concepts.
- Bar overdentures.
- Solitary anchor system overdentures: Zest Locator and Ball-Abutment systems.
- Fixed restoration of the edentulous patient: all-on-four vs. five, six or eight.

## REGISTER TODAY | 888.895.6620
### \* Introductory Price - $57.00 per course 7 CE CREDITS
8:00 AM - Registrations | 8:30 AM - 5:00 PM - Course | Lunch Provided
### CEKARMA.COM
More Information | Register Online | View Course Videos and Testimonials

Special Guest Speaker | MR. STEVE DOWN
"Financial Management Principles to Create Long-term Wealth & Legacy"

CE Karma is the fastest growing provider of quality dental continuing education. We bring leading educators teaching on relevant topics to convenient locations at an unmatched price. For every doctor who attends, CE Karma provides free oral health care to patients in need through non-profit partners, America's Dentists Care Foundation and Missions of Mercy.

PHONE: FAX: WEB: UNSUBSCRIBE:
888-895-6620  866-338-5469    cekarma.com 888 895 6620

OPT OUT NOTICE: YOU MAY MAKE A REQUEST TO CE KARMA NOT TO SEND ANY FUTURE ADVERTISEMENTS OR MATERIALS TO YOUR TELEPHONE FACSIMILE MACHINE(S). CE KARMA'S FAILURE TO COMPLY, WITHIN 30 DAYS, WITH A VALID REQUEST IS UNLAWFUL. CONTACT CE KARMA BY TELEPHONE AT 888-895-6620 OR BY FACSIMILE AT 866-338-5469 TO MAKE SUCH A REQUEST. TO BE VALID, YOUR REQUEST MUST IDENTIFY THE TELEPHONE NUMBER(S) TO WHICH YOUR REQUEST RELATES, BE MADE TO THE TELEPHONE OR FACSIMILE NUMBERS IDENTIFIED HEREIN, AND THE REQUESTING PERSON MUST NOT SUBSEQUENTLY PROVIDE EXPRESS INVITATION OR PERMISSION TO CE KARMA, IN WRITING OR OTHERWISE, TO SEND SUCH ADVERTISEMENTS TO YOU AT SUCH TELEPHONE FACSIMILE MACHINE(S).