**KAMBERLAW, LLP**
Michael Aschenbrener (SBN 277114)
masch@kamberlaw.com
9404 Genesee Ave, Suite 340
La Jolla, CA 92037
Telephone: (303) 222-0281
Facsimile: (858) 800-4277

**WOODROW & PELUSO, LLC**
Steven L. Woodrow (*pro hac vice*)
swoodrow@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff M. Papadopoulos
Dental Corporation and the Classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **M. Papadopoulos Dental Corporation**, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**First Continuing Education Administration, LLC d/b/a CE Karma**, a Delaware corporation,<br><br>Defendant. | Case No.  2:19-cv-1109-DMG-KS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL        - 1 -

PLEASE TAKE NOTICE that Plaintiff M. Papadopoulos Dental Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action *without prejudice* as to all defendants. Plaintiff and defendant shall bear their own costs and attorneys' fees.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) states:

(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]

Fed. R. Co. P. 41(a)(1)(A)(i).

Defendant has not served an answer or a motion for summary judgment.

Dated: May 29, 2019

**M. PAPADOPOULOS DENTAL CORPORATION**, individually and on behalf of all others similarly situated,

By:   /s/ Michael Aschenbrener
Michael Aschenbrener
One of Plaintiff's Attorneys

Counsel for Plaintiff and the Putative Classes